UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ELIZABETH CASTRO *et al.*,

                              Plaintiffs,

    -v-

UNITED PARCEL SERVICE, INC.,

                              Defendant.

No. 18-cv-1286 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

On February 13, 2018, eight individuals – Elizabeth Castro, Aquanza Jones, Kaslyn Belgrave, Francis Cooper, Rawle Cummings, Scott DiBona, David Gotay, and Jessica Grandy (collectively, the "Named Plaintiffs") – filed this Fair Labor Standards Act lawsuit against Defendant United Parcel Service. (Doc. No. 1.)  Over the next several months, 105 other individuals joined this action as party plaintiffs. (*See* Doc. Nos. 7–74, 76–77, 85–108, 110–11, 113–14, 116, 118–20, 123–27, 130; *see also* Doc. No. 135.)  On April 3, 2018, the parties informed the Court that they had reached a settlement. (Doc. No. 109.)  Given the sheer number of party plaintiffs, the Court dispensed with its standard practice of requiring all named plaintiffs to attend a fairness hearing and instead permitted the eight Named Plaintiffs to submit affidavits "indicating whether (1) he or she has discussed the settlement agreement with his or her attorney; (2) he or she understands the agreement; (3) he or she believes that the amount he or she is to receive under the settlement is fair; and (4) he or she believes that the fees to be paid to his or her attorneys are fair." (Doc. No. 137; *see also* Doc. No. 132.)

The Court is now in receipt of those affidavits (*see* Doc. No. 138), as well as a copy of the settlement agreement and a letter from the parties addressing the fairness of the settlement

agreement (Doc. No. 135).  Having reviewed the Named Plaintiffs' affidavits, the Court concludes

that the Named Plaintiffs have discussed the settlement agreement with their attorneys, understand

the agreement, believe the settlement to be fair, and believe the attorneys' fees to be fair.  Further,

having reviewed the settlement agreement and the parties' joint letter, the Court concludes that the

settlement agreement is fair and reasonable, *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–

37 (S.D.N.Y. 2012), particularly in light of the fact that Teamsters Local 804 has paid Plaintiffs'

attorneys' fees and thus that no fees will be deducted from settlement funds (*see* Doc. No. 135 at

2).

Accordingly, IT IS HEREBY ORDERED that the settlement is approved.  The Court

retains jurisdiction to enforce the settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co.*

*of Am.*, 511 U.S. 375, 381 (1994).

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:      August 6, 2018
            New York, New York

_____

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE